# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

TRUMAN and REBEKAH HALE,

    Plaintiffs,

v.

SCHUMACHER ELECTRIC CORP.,

    Defendant.

Case No. CIV-07-078-RAW

## **JUDGMENT**

In accordance with the jury verdict entered in this case on October 30, 2007, judgment is hereby entered in favor of Defendant Schumacher Electric Corporation and against Plaintiffs Truman and Rebekah Hale.

IT IS SO ORDERED this 6th day of November, 2007.

**Dated this 6th Day of November 2007.**

J4h4i0

_____
Ronald A. White
United States District Judge
Eastern District of Oklahoma