# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Truman and Rebekah Hale, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) No.: CIV-07-078-RAW |
| | ) |
| Schumacher Electric Corporation, | ) |
| | ) |
| Defendant. | ) |

## ORDER GRANTING DEFENDANT'S MOTION FOR ATTORNEYS' FEES PURSUANT TO THE STIPULATION OF THE PARTIES

**NOW** on this 30th day of January, 2008, the Defendant's Combined Motion for Attorneys' Fees and Brief in Support (Dkt. No. 89) and the Joint Stipulation Concerning the Proper Amount of Attorneys' Fees to be Awarded Pursuant to Defendant's Motion for Attorneys' Fees (Dkt. No. 100), come on before the Court.. In the joint stipulation, the parties have stipulated that a total of forty thousand dollars ($40,000.00) is the proper amount to award Defendant upon its motion for attorneys' fees. The Court, having reviewed the Joint Stipulation Concerning the Proper Amount of Attorneys' Fees to be Awarded Pursuant to Defendant's Motion for Attorneys' Fees as well as the Defendant's Combined Motion for Attorneys' Fees and Brief in Support and for good cause shown, finds that Defendant's motion for attorneys' fees should be granted in the stipulated amount of forty thousand dollars ($40,000.00). The Court further finds, pursuant to the joint stipulation, that Plaintiffs are to deliver payment of the stipulated attorneys' fees to Defendant on or before 5:00 P.M. Central Standard Time, February 1, 2008.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Defendant's Motion for Attorneys' Fees is hereby GRANTED in the amount of forty thousand dollars

($40,000.00) as stipulated by the parties.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiffs shall deliver payment of the attorneys' fee awarded herein to Defendant on or before 5:00 P.M. Central Standard Time, February 1, 2008.

DATED this 30th day of January 2008.

**Dated this 30th Day of January 2008.**

J4h4i0

Ronald A. White
United States District Judge
Eastern District of Oklahoma